IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEELY ANN VILLARREAL,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Civil No. 13-12252

HON. ROBERT H. CLELAND

HON. R. STEVEN WHALEN

<u>JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of

Plaintiff, reversing the Commissioner's decision and remanding this case to the Social

Security Administration for further administrative proceedings, pursuant to the Sentence

Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: July 24, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, July 24, 2014, by electronic and/or ordinary mail.


   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522