# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEELY ANN VILLARREAL,

    Plaintiff,                                                Civil Action No. 13-cv-12252-DT

v                                                        District Judge: Hon. Robert H. Cleland

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER GRANTING ATTORNEY FEES PURSUANT TO 42 USC § 406(b)

Upon all of the proceedings had in the above entitled matter, and upon motion for authorization of attorney fees pursuant to 42 USC § 406(b) submitted on behalf of Plaintiff's counsel, and the court being fully advised upon the premises, and therefore;

IT IS ORDERED AND DECREED that an attorney fee in the amount of twenty-five percent (25%) of the past due benefit due to the Plaintiff, Keely Ann Villarreal, herein be and is hereby allowed to Patrick M. Carmody, Jr, Plaintiff's attorney, pursuant to 42 USC § 406(b) and;

The Defendant, Commissioner of Social Security, is hereby ordered to compute and certify and pay to said attorney twenty-five percent (25%) of the past due benefit less Six Thousand and 00/100 ($6,000.00) Dollars which has previously been paid by the agency and;

The Defendant, Commissioner of Social Security, shall pay Ten Thousand Four Hundred Ninety-Five and 50/100 ($10,495.50) Dollars to Plaintiff's counsel, Patrick M. Carmody, Jr.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 18, 2016, by electronic and/or ordinary mail.

                          <u>S/Lisa Wagner</u>
                          Case Manager and Deputy Clerk
                          (313) 234-5522